**FOURTH DIVISION**
**DOYLE, P. J.,**
**DILLARD, P. J., and MERCIER, J.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**February 18, 2020**

# In the Court of Appeals of Georgia

A18A0500. MOBLEY v. THE STATE.

MERCIER, Judge.

In *Mobley v. State*, 346 Ga. App. 641 (816 SE2d 769) (2018), this Court affirmed Victor Mobley's judgment of conviction, finding, in particular, that the trial court properly denied his motion to suppress. The Supreme Court of Georgia issued a writ of certiorari and reversed our decision, concluding that the motion to suppress should have been granted. See *Mobley v. State*, 307 Ga. 59 (834 SE2d 785) (2019). Accordingly, we vacate our previous opinion in this case, adopt the opinion of the Supreme Court as our own, and reverse the trial court's judgment.

*Judgment reversed. Doyle, P. J., and Dillard, P. J., concur*.